

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JUAN MANUEL CHAVEZ-ROJAS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-02041-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __the parties_____, IT IS ORDERED that a detention hearing is set for __Thursday, November 13_____, __2025__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson_____, in Courtroom __580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: __November 10, 2025__

_____/s/ Karen L. Stevenson_____
U.S. ~~District Judge~~/Magistrate Judge